## Beattie, Appellant, v. Beattie.

Before EDENHARTER, J.

Argued December 10, 1975. *Alan I. Baskin,* with him *Mervin A. Heller, Jr.,* for appellant; *Geoffrey M. Stoudt,* with him *Rhoda, Stoudt & Bradley,* for appellee.

Order affirmed.

## Buonomo, Appellant, v. Hoffman et al.

Argued December 8, 1975. *William T. Renz,* with him *William B. Moyer,* and *Power, Bowen & Valimont,* for appellant; *William B. Koch,* for appellees.

Order affirmed.

## Byrd, et al., Appellants, v. Jones.

Before LORD, J.

Argued December 8, 1975. *Gordon Gelfond,* with him *Freedman, Borowsky & Lorry,* for appellants; *Edwin A. Jefferis,* for appellee.

Order affirmed.

## Cannistracci, et ux., et al., Appellants, v. Funk, et al.

Before GLEESON, J.

Argued December 8, 1975. *Stephen E. Farber,* with him *Louis J. Gagliardi,* for appellants; *John T. Quinn,* for appellee; *John S. Bolger,* submitted a brief for additional defendant.

Judgment affirmed.